JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLO MISILAGI,<br><br>    Plaintiff,<br><br>  vs.<br><br>PULAU CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No.: 5:12-cv-02262 GAF (OPx)<br><br>**ORDER GRANTING THE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE LAWSUIT** |

-2-

# ORDER

Based on the Joint Stipulation for Dismissal with Prejudice of the Lawsuit and at the request of the parties, and for good cause having been shown, the Court orders that the lawsuit is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2013   _____

Honorable Gary A. Feess
United States District Court Judge

JS-6